IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICK LOGAN                                                                                            PLAINTIFF
ADC #86813

V.                                   NO: 2:12CV00007 JMM/HDY

LARRY MAY *et al.*                                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff is allowed to proceed only with his claim that Defendants Cottrell, Lau, Minor, McCullough, Stewart, and Edwards, violated his Eighth Amendment rights by failing to protect him from Turner's assault.

2.      Plaintiff's remaining claims are DISMISSED WITH PREJUDICE, and the names of all Defendants except for Defendants Edwards, Cottrell, Lau, Minor, McCullough, Stewart, and Edwards are removed as party Defendants.

DATED this <u>31st</u> day of January, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE