## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

RICK LOGAN                                                                                                    PLAINTIFF
ADC #86813

V.                                       NO: 2:12CV00007 JMM/HDY

LARRY MAY *et al.*                                                                                         DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct names of Defendants Brenda Minor, Theron McCallum, and Charles Stewart, as set forth in their answer (docket entry #15).

IT IS SO ORDERED this   21   day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE