**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RICK LOGAN                                                                                                      PLAINTIFF
ADC #86813

V.                                          NO: 2:12CV00007 JMM/HDY

LARRY MAY *et al.*                                                                                      DEFENDANTS

## ORDER

On January 25, 2012, Plaintiff filed papers indicating his consent to proceed before the undersigned (docket entry #7). Also included in that filing was a request for injunctive relief, in which Plaintiff contends that he has been the victim of retaliation. The Court will treat Plaintiff's filing as a motion, and Defendants are directed to respond to the motion no later than 14 days after the entry of this order.

IT IS SO ORDERED this   21   day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE