**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RICK LOGAN                                                                                                PLAINTIFF
ADC #86813

V.                                             NO: 2:12CV00007 JMM/HDY

LARRY MAY *et al.*                                                                                    DEFENDANTS

## ORDER

Plaintiff filed this complaint on January 9, 2012, and service was ordered. On February 23, 2012, the summons was returned unexecuted as to Defendants Peter Edwards, Cottrell, and Lau (docket entries #20-#22). Service had been attempted in the case of counsel for the prison's medical contractor, but a letter accompanying the return indicated that service could not be accepted because Edwards, Cottrell, and Lau, are not current employees of the contractor (docket entry #20).[1] Counsel did provide Edwards's last known address under seal, and indicated that Cottrell and Lau may be employees of the Arkansas Department of Correction ("ADC"). Accordingly, service will be attempted at Edwards's last known address, and at the ADC.

IT IS THEREFORE ORDERED THAT:

1.       The Clerk is directed to change the style of the case to reflect the correct name of Defendant Peter Edwards.

2.       Edwards's last known addresses shall not be made part of any public record.

3.       The Clerk of the Court shall prepare a summons for Edwards, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this

---

[1]Counsel's letter also provided Edwards's first name.

1

order, on Edwards, at the address provided under seal, without prepayment of fees and costs or security therefor.

    4.    Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Edwards's copy of process to the Clerk of the Court, who shall then remove Edwards's address prior to forwarding a copy to Edwards.

    5.    Service is appropriate for Defendants Cottrell and Lau, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon them, in the care of the ADC, without prepayment of fees and costs or security therefor.

DATED this  24  day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE