IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICK LOGAN                                                                                          PLAINTIFF
ADC #86813

V.                                        NO: 2:12CV00007 JMM/HDY

LARRY MAY *et al.*                                                                              DEFENDANTS

## ORDER

Plaintiff filed this complaint on January 9, 2012, and service was ordered. On March 9, 2012, the summons was returned unexecuted as to Defendant Albert Kittrell (docket entry #32).[1] Service had been attempted in the care of the Arkansas Department of Correction ("ADC"), but was returned because Kittrell is not an ADC employee. However, it appears that Kittrrell may be employed by the prison's medical contractor. Accordingly, service will be attempted in the care of counsel for the contractor.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk is directed to change the style of the case to reflect the correct name of Defendant Albert Kittrell.

2.     Service is appropriate for Kittrell, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon him, in the care of counsel for the prison's medical contractor, without prepayment of fees and costs or security therefor.

DATED this ___12___ day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] A note accompanying the return provided Kittrell's correct name.