IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICK LOGAN                                                                              PLAINTIFF
ADC #86813

V.                          NO: 2:12CV00007 JMM/HDY

LARRY MAY *et al.*                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for injunctive relief (docket entry #7) is DENIED.

DATED this 24th day of April, 2012.

                                                               UNITED STATES DISTRICT JUDGE