**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RICK LOGAN                                                                                              PLAINTIFF
ADC #86813

V.                                         NO: 2:12CV00007 HDY

LARRY MAY *et al.*                                                                                  DEFENDANTS

## ORDER

Plaintiff, an inmate at the East Arkansas Regional Unit ("EARU") of the Arkansas Department of Correction, filed this *pro se* complaint on January 9, 2012, and is proceeding on a claim that Defendants failed to protect him when he was assaulted and injured by inmate S. Turner at the EARU on December 28, 2010.

On July 2, 2012, Plaintiff filed a motion to compel responses to his discovery requests (docket entry #65). Defendants Peter Edwards and Albert Kittrell filed a response in opposition on July 5, 2012 (docket entry #68). Defendants John Lau, Theron McCallum, Brenda Minor, and Charles Stewart, filed a response in opposition on July 16, 2012 (docket entry #77). In his motion, Plaintiff asserts that he served interrogatories and requests for production of documents on May 21, 2012, but that Defendants have refused to answer almost all interrogatories or provide almost all of the requested documents. Plaintiff's motion is not specific, but it appears from the motion and the responses that the issue appears to be Defendants' refusal to provide Plaintiff access to Turner's medical and mental health records. All Defendants stand by their objection to providing Plaintiff with copies of another inmate's medical records, asserting it would violate the other inmate's privacy rights, as well as ADC regulations. At this time the Court does not believe Defendants

should be required to provide Plaintiff with Turner's medical and mental health records, and their objections to doing so are appropriate.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to compel (docket entry #65) is DENIED.

DATED this  20   day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE