**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RICK LOGAN　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #86813

V.　　　　　　　　　　　　　NO: 2:12CV00007 HDY

LARRY MAY *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

On July 27, 2012, Defendants Peter Edwards and Albert Kittrell filed a motion for summary judgment, a brief in support, and a statement of facts (docket entries #80-#82), alleging that Plaintiff failed to exhaust his administrative remedies against them before he filed this lawsuit. Edwards and Kittrell filed an addendum on July 31, 2012 (docket entry #84). On August 6, 2012, Edwards and Kittrell filed a motion to stay discovery, along with a brief in support, asserting that Plaintiff has served them with discovery requests which have no bearing on the exhaustion issue. For good cause shown, the motion (docket entry #85) is GRANTED, and discovery is stayed as to Defendants Edwards and Kittrell until such time as the motion for summary judgment can be decided.

IT IS SO ORDERED this __9__ day of August, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE